IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN R. SUNDERMAN, | ) | Case No. 8:15cv-00374 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| | ) | |
| OWEN INDUSTRIES, INC., | ) | |
| an Iowa Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Joint Stipulation, Filing No. 67, of the parties requesting the above- captioned action be dismissed with prejudice, each party to pay their own costs. The Court, being fully advised in the premises, finds that such an order should be entered.

Accordingly,

IT IS ORDERED that this action is dismissed, with prejudice, with each party to pay their own costs.

DATED this 4th day of January, 2017.

BY THE COURT:

 s/ Joseph F. Bataillon
Senior United States District Judge

Prepared and Submitted by:

By:     /s/ Brian J. Brislen
Brian J. Brislen, #22226
Shivani Sharma, #25959
Lamson, Dugan & Murray, LLP
10306 Regency Parkway Drive
Omaha, Nebraska  68114-3708
bbrislen@ldmlaw.com
ssharma@ldmlaw.com
(402) 397-7300
(402) 397-7824 (Fax)
ATTORNEYS FOR DEFENDANT

#637715